UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| COY COOK, | Case No. 2:18-cv-01583-GMN-BNW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SBEHG LAS VEGAS I, LLC, et al., | |
| Defendants. | |

This matter is before the court on attorney Jenny L. Foley's Motion to Withdraw as Counsel of Record for plaintiff (ECF No. 23). The motion represents that there has been a breach in the contingency fee agreement that plaintiff signed, and that plaintiff has failed to pay for any costs pursuant to the agreement. Ms. Foley therefore seeks leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Ms. Foley's Motion to Withdraw (ECF No. 23) is **GRANTED**.
2. The plaintiff shall have until **July 22, 2019** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that he will be appearing in this matter *pro se*.
3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that he will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at his last known address:

Coy Cook
6618 Cinnabar Coast Lane
Las Vegas, Nevada 89084

DATED this 20th day of June, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE