1  CHRIS DAVIS, ESQ.
   Nevada Bar No. 6616
2  Associate General Counsel
   SLS Las Vegas
3  chris.davis@saharalasvegas.com
4  2535 Las Vegas Boulevard South
   Las Vegas, Nevada 89109
5  Telephone: 702-761-7711
   Facsimile:  702-761-3400
6  *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COY COOK, an individual, | Case No.: 2:18-cv-01583-GMN-BNW |
| Plaintiff, | |
| vs. | |
| LAS VEGAS RESORT HOLDINGS, LLC d/b/a, SLS LAS VEGAS, a foreign limited liability company; DOES I-X; and ROE CORPORATIONS I-X, | **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO AMEND**<br><br>**(First Request)** |
| Defendants. | |

Plaintiff COY COOK and Defendant LAS VEGAS RESORT HOLDINGS, LLC, by and through their respective counsel of record, have agreed to extend the time to respond to Plaintiff's motion to amend his complaint by one (1) week, until Tuesday, September 10, 2019. This extension is requested in good faith, as on Friday, August 30, 2019, counsel for defendant was served with a

//
//
//
//
//
//
//
//

motion for a temporary restraining order, in another matter, which required his full attention and prevented him from addressing the motion to amend.

Dated this 3rd day of September 2019.

CHRIS DAVIS, ESQ.

By: /s/ Chris Davis
CHRIS DAVIS, ESQ.
Nevada Bar No. 6616
chris.davis@saharalasvegas.com
2535 Las Vegas Boulevard South
Las Vegas, Nevada 89109
*Attorneys for Defendant*

Dated this 3rd day of September 2019.

MICHAEL MCAVOYAMAYA, ESQ.

By: /s/ Michael J. Mcavoyamaya
MICHAEL MCAVOYAMAYA, ESQ.
Nevada Bar No.: 14082
4539 Paseo Del Ray
Las Vegas, Nevada 89121
Telephone: (702) 299-5083
Mmcavoyamayalaw@gmail.com
*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED:**

_____
JUDGE

DATED: September 6, 2019