AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

COY COOK,

          Plaintiff,

v.

LAS VEGAS RESORT HOLDINGS, LLC
d/b/a, SLS LAS VEGAS,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01583-GMN-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is enterd on behalf of Defendants. This matter is now closed.

9/30/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk